

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00595-CV

Lester Timothy **BEATTY**,
Appellant

v.

**THE PALMS APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04587
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due November 28, 2018. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellant to file, by **December 17, 2018**, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court